UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 23 2025

**Print clearly and legibly the following information:**

Kelly Jerome Franklin
_____
Print the full name of plaintiff.

Case No. _____
(Include case number if one has been assigned, otherwise leave blank.)

-against-

Charles H. Hickey School
_____

**COMPLAINT**
(Prisoner)

Print the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

1. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## 2. PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

Kelly / J / Franklin
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#3016591
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

N.B.C.I.
Current Place of Detention

14100 McMullen Hwy
Institutional Address

Cumberland Md / Maryland / 21502
County, City / State / Zip Code

## 3. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ Convicted and sentenced prisoner
☐ Immigration detainee
☐ Civilly committed detainee
☐ Other: _____

## 4. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1: CHARLES H. HICKEY SCHOOL
First Name / Last Name / Badge #

Current Job Title (or other identifying information)

Current Work Address: 9700 OLD HARFORD RD Harford

County, City: Baltimore/Parkville    State: Maryland    Zip Code: 21234

Defendant 2:

First Name                Last Name                Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

Defendant 3:

First Name                Last Name                Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

Defendant 4:

First Name                Last Name                Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

5. **STATEMENT OF CLAIM**

- Where did the events take place?

    Name of institution: Charles H. Hickey School

    Location in the institution: Lincoln Hall, Mandela Hall

    If outside an institution, state where: _____

- When did the events take place?

    Month, date, year: 2005 - 2006

    Time of day: Different times of Day

- State here briefly the FACTS that support your case. Describe

    1. what happened,
    2. how you were harmed, and
    3. how each defendant that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

The Plantiff was ABUSED & SEXUALLY ABUSED by staff Members at CHARLES HICKEY SCHOOL. The plantiff was Harmed by being physically taken advantage of as young adolescent, teenager not even yet 15 years old at the time until the following year of 2006. The Plantiff has pyschological, mental, emotional traumas that has stuck with him throughout his life that seems fresh in his mind everytime he is triggered. These experiences has caused the plantiff to judge himself, lack confidence in who he is. Confused him about life & himself it has taken his ability to trust. It has effected his relationships

4

psychologically, mentally preventing him from being a Masculine Figure in the life of a woman. This abuse has left the Plantiff a trabled person working diligently to heal the mental emotional psychological wounds of the past. His traumas effect the growth in the relationships that he has with people. Those abusive experiences he suffered at Charles Hickey robbed Mr. Kelly of his manhood. The Plantiff has been left lost searching for a way to get back what Hickey School took from him searching for a way to feel whole as a man. These experiences Molded & Shaped what he thinks & Belives about Authority Figures & People in positions of power. The Plantiffs interactions with people & his approach & responses are based off what happen to him at Hickey School. Although people may mean him no harm he has been left perinoid & Fearful as to peoples intent with him, alway questioning. The plantiff

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

The mental emotional psychological injuries outlasted the physical aching & pain that the abuse caused to the plantiffs Rear area.

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

4 Million dollars in Money damages & An apology letter. The Plantiff asks that this petitions information be sealed from public view to protect plantiff from defamation and retalitory acts.

Attachment to: 5. STATEMENT OF CLAIM

psychologically, mentally preventing him from being able to be a masculine figure in the life of a woman. This abuse has left the plaintiff a troubled person. His traumas come out in all his relationships with people. These abusive experiences molded what he believes and thinks about people in position of authority & power, it has controlled how he personally deals with men & women in general. He's paranoid and fearful to the intent of people who mean him no harm. The mental psychological aspect of this abuse has left a huge mark on the plaintiff. This abuse has taken away from who he is in a huge way, the plaintiff feels lost. The plaintiff is having a hard time growing above the abuse he suffered. It effects his encounters & associations with people he's stuck in the mindframe of dealing with people according to what happen to him at Hickey School. The plaintiff has not been able to heal, leaving him feeling weak & insecure and questioning who can he trust and who is sincere because of the consciousness of what he experienced being at the forefront of his mind. The trauma the plaintiff has been left with from this abuse is deeper than what can be explained these harms have lasted his whole life, his level of PTSD is unlike normal post traumatic stress deppression.

### 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

Date: 10-16-25

Plaintiff's Signature: [signed]

First Name: Kelly
Middle Initial: J
Last Name: Franklin

Prison Address: 14100 McMullen Hwy.

County, City: Cumberland
State: Maryland
Zip Code: 21502

Date on which I am delivering this complaint to prison authorities for mailing: 10-17-25